IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

CHANDRA COOK et al

Plaintiff,

vs.

S.G.T. INC. d/b/a PLEASERS et al

Defendant.

CIVIL ACTION
CASE NO.: 1:13-CV-3518-RWS

### AFFIDAVIT OF DUE DILIGENCE

COMES NOW, BRUCE R. SMITH, JR., a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I have engaged in a due search, careful inquiry and diligent attempts to effect service on S.G.T. d/b/a PLEASERS at the following address(es):
205 W PIKE ST, STE 120, LAWRENCEVILLE GA 30046

2

My attempts to effect service are as follows:
12/6@1:00PM-SANDRA HICKS IS NOT IN PER RECEPTIONIST, NO ONE ELSE IS AUTHORIZED TO ACCEPT ON HER BEHALF, RECEPTIONIST NOT FORTHCOMING AS TO WHEN MS. HICKS WOULD BE BACK IN THE OFFICE, I LEFT MY CONTACT INFORMATION; 12/10@2:30PM-THE OFFICE WAS LOCKED UP AND LIGHTS WERE OUT & 12/11@8:30AM-OFFICE CLOSED, LEFT VOICEMAIL FOR SUBJECT. MS. HICKS AS NOT RESPONDED TO DATE.

Dated: January 13th, 2014.

_____
BRUCE R. SMITH, JR.

Sworn to and subscribed before me
this 13th day of January, 2014.
at Atlanta, Georgia

_____
Notary Public