IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Chandra Cook, and all persons similarly situated, * * * | |
| Plaintiffs, * * | CIVIL ACTION FILE NO. 13-CV-03518-RWS |
| v * * | |
| SGT, Inc., Darius Mitchell and Paul Hicks d/b/a Pleasers, * * | |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY CONFIRMING SERVICE ON DEFENDANT S.G.T. INC., PURSUANT TO 28 U.S.C. §1746**

1.

My name is Harlan S. Miller. I am counsel for the Plaintiffs in the above referenced civil action.

2.

Plaintiffs initially filed this action on October 24, 2013. On November 24, 2013, prior to the filing of any Answer, Plaintiffs filed an amended Complaint adding Defendant S.G.T. Inc., a Georgia Corporation which owns and operates the nightclub at which the Plaintiffs are-were employed.

3.

As reflected in Exhibit "1" hereto ("Affidavit of Due Diligence") service on

-1-

Defendant S.G.T., Inc., (via Sandra Hicks, Corporate Secretary) was attempted by Process Server Bruce R. Smith on three occasions: 12/6/2013 at 1:00 PM; 12/10/2013 at 2:30 PM; and 12/11/2013 at 8:30 A.M.

4.

Thereafter, on January 12, 2014, pursuant to O.C.G.A. §9-11-4(e)(1)(a), I caused Defendant S.G.T., Inc., to be served with a copy of the complaint and summons, and applicable certification, by way of service on the Georgia Secretary of State, as reflected in Exhibit "2" hereto (Return of Service, executed by Process Server Bruce R. Smith) and "Exhibit "3" (letter and certification to Georgia Secretary of State).

5.

On January 14, 2014, pursuant to O.C.G.A. §14-2-504, I caused service of the summons and complaint to be effected on Defendant S.G.T., Inc., by certified mail to Sandra Hicks, corporate secretary at Defendant S.G.T.'s principal office (205 West Pike Street, Suite 120, Lawrenceville, Ga.). See, Exhibit "4" (USPS Tracking Information, and Certified Mail Receipt).

6.

Attached hereto as Exhibit "5" is verification, from the Georgia Secretary of State website, that the principal office of Defendant S.G.T. Inc., is located at 205

West Pike Street, Suite 120, Lawrenceville, Ga.).

7.

Attached hereto as Exhibit "6" is verification, from the Georgia Secretary of State website, Sandra Hicks is the corporate secretary of Defendant S.G.T., Inc., and that7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2014.

/s/ Harlan S. Miller
Harlan S. Miller