UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Chandra Cook on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 13-CV-3518-RWS ) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| S.G.T. Inc, d/b/a Pleasers; Darius Mitchell and Paul Hicks d/b/a Pleasers Defendants. | ) ) ) ) ) |

# NOTICE OF WITHDRAWAL OF STEPHEN MINSK

Plaintiffs, by and through the undersigned counsel, hereby notify the Court and counsel for Defendants that Stephen Minsk is no longer representing Plaintiffs in this action. Plaintiffs' remaining counsel will continue to represent Plaintiffs as before.

Respectfully submitted: July 29, 2014.

| | |
|---|---|
| s/ Harlan S. Miller, III | /s/Stephen Minsk |
| Harlan S. Miller, III, Esq. | Mr. Steven Minsk, Esq. |
| Of Counsel | State Bar No. 511366 |
| Parks, Chesin & Walbert, P.C. | P.O. Box 720023 |
| 75 14th Street, 26th Floor | Atlanta, GA 30328 |
| Atlanta, Georgia 30309 | 404-647-9910 Telephone |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served copies of the foregoing by filing same with the Court via CM/ECF which will automatically deliver copies all counsel of record.

Respectfully submitted: July 29, 2014.

/s/Stephen Minsk
Mr. Steven Minsk, Esq.
State Bar No. 511366
P.O. Box 720023
Atlanta, GA 30328
404-647-9910 Telephone
Attorney for Plaintiffs