UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Chandra Cook on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Darius Mitchell and Paul Hicks doing business as Pleasers.<br><br>Defendants. | CASE NO. 1:13-CV-03518<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF TENTATIVE SETTLEMENT AND MOTION TO STAY CASE FOR THIRTY (30) DAYS IN ORDER TO CONSUMMATE SAME**

**NOW COME** the parties, by and through their respective undersigned Counsel, and hereby give notice that the parties have reached a tentative settlement of this action. More specifically, Defendant has offered a sum certain, and a majority of the 42 named and opt-in Plaintiffs have agreed to the sum offered.

To date, not every named and/or opt-in Plaintiff has expressly consented to the tentative settlement. The parties jointly request, therefore, that this matter be stayed for a period of thirty (30) days, during which period the parties will diligently attempt to consummate the settlement and submit an appropriate motion seeking the Court's approval of same, or, in the event that unanimous consent cannot be achieved, to present an alternative framework to the Court for bringing this matter to a conclusion.

Respectfully submitted this 9th day of July, 2015.

| | |
|---|---|
| */s/ Harlan S. Miller* | */s/ Frederick L. Warren* |
| Harlan S. Miller | Frederick L. Warren |
| Georgia Bar No. 506709 | Georgia Bar No. 738350 |
| Of Counsel | Ford & Harrison, LLP |
| Parks, Chesin & Walbert, P.C. | 271 17th Street |
| 75 14th Street | Suite 1900 |
| Suite 2600 | Atlanta, Ga., 30363 |
| Atlanta, Georgia 30309 | (404) 888-3828 |
| (404) 931-6490 | rwarren@fordharrison.com |
| hmiller@pcwlawfirm.com | |

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing has been prepared using Times New Roman 14 point font.

This 9th day of July, 2015.

                                              */s/ Harlan S. Miller*
                                              Harlan S. Miller
                                              Of Counsel
                                              Parks, Chesin & Walbert, P.C.
                                              75 14th Street, 26th Floor
                                              Atlanta, Georgia 30309